UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HARSIN,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>    Respondent. | Case No. 19-cv-07018-JST<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at Folsom State Prison in Represa, California has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a conviction obtained in the Shasta County Superior Court. Shasta County is in the venue of the United States District Court for the Eastern District of California. Petitioner is also incarcerated in that district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F.Supp. 767, 767 (N.D.Cal.1993); Habeas L.R. 2254–3(a). Here, petitioner was convicted in, and is confined in, the Eastern District of California. Venue for petitioner's habeas action lies in the Eastern District, not in this district. Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). The Clerk shall transfer the file herewith.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_____
JON S. TIGAR
United States District Judge